UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAROLD B. MURPHY,<br>CHAPTER 11 TRUSTEE OF<br>NEW ENGLAND CONFECTIONERY<br>COMPANY, INC.,<br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ACAS, LLC,<br>ARES CAPITAL CORPORATION,<br>ARES MANAGEMENT LLC,<br>ARES MANAGEMENT L.P.,<br>ARES CAPITAL MANAGEMENT LLC,<br>MICHAEL MCGEE, MYUNG YI,<br>ANUJ KHANNA, GORDON O'BRIEN,<br>STEPHEN CHEHI, DANIEL KATZ,<br>DOUGLAS WEEKES, AND DAVID EATON,<br><br>　　　　　　　Defendants. | CIVIL ACTION<br>NO. 18-11884-WGY |

YOUNG, D.J.                                                          January 16, 2019

**ORDER**

After filing a motion to refer this case to the United
States Bankruptcy Court for the District of Massachusetts under
Local Rule 201, ECF No. 20, the Defendants flip-flopped and now
request this Court to withdraw the reference of the related
adversary complaint pending in the Bankruptcy Court per 28
U.S.C. § 157(d), ECF Nos. 54, 55.  Their about-face comes too
late, however, as the Court wished to know at the January 8,
2019 status conference the parties' position on the correct

forum, Tr. 12:13-30, 20:17-25, 21:3-13, ECF No. 52, and the

Bankruptcy Court has already heard the Defendants' motion to

dismiss the adversary complaint, Proceeding Mem. 1, Murphy v.

ACAS, LLC (In re New England Confectionery Co.), Ch. 11 Case No.

18-11217, Adv. No. 18-1140, ECF No. 36.

Consequently, the Court GRANTS the motion to refer the case

to the Bankruptcy Court, ECF No. 20, and ORDERS the case

administratively closed.

**SO ORDERED.**

WILLIAM G. YOUNG
DISTRICT JUDGE

[2]