Case 1:18-cv-11884-WGY   Document 21   Filed 10/15/18   Page 1 of 3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| HAROLD B. MURPHY, CHAPTER 11 TRUSTEE OF NEW ENGLAND CONFECTIONERY COMPANY, INC., <br><br> **Plaintiff,** <br><br> v. <br><br> ACAS, LLC, ARES CAPITAL CORPORATION, ARES MANAGEMENT LLC, ARES MANAGEMENT L.P., ARES CAPITAL MANAGEMENT LLC, MICHAEL MCGEE, MYUNG YI, ANUJ KHANNA, GORDON O'BRIEN, STEPHEN CHEHI, DANIEL KATZ, DOUGLAS WEEKES, AND DAVID EATON, <br><br> **Defendants.** | No. 18-cv-11884 (WGY) |

**MESSRS. MCGEE, EATON, AND WEEKES' JOINDER IN EXPEDITED**
**MOTION FOR EXTENSION OF TIME TO ANSWER**
**OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendants David Eaton, Michael McGee, and Douglas Weekes hereby join in

Defendants' Expedited Motion for Extension of Time to Answer or Otherwise Respond to the

Complaint, ECF No. 19, seeking such an extension until the later of (i) December 5, 2018

(which would be a 30-day extension from the current November 5, 2018 deadline) or (ii) ten

business days after this Court decides the pending motion to refer the above-captioned matter to

the U.S. Bankruptcy Court for the District of Massachusetts (the "Bankruptcy Court"), ECF No.

17.

Case 1:18-cv-11684-WGY Document 21 Filed 10/15/18 Page 2 of 3

It would be an unfortunate waste of the parties' and this Court's resources to require a response to the Complaint in this action before this Court has determined whether to refer this matter to the Bankruptcy Court. Indeed, under Local Rule 201 referral of this matter arising under the Title 11 bankruptcy of New England Confectionary Company, Inc. ("NECCO") to the Bankruptcy Court is required:

> Pursuant to 28 U.S.C. § 157(a), any and all cases arising under Title 11 United States Code and any and all proceedings arising under Title 11 or arising in or related to a case under Title 11 shall be referred to the judges of the bankruptcy court for the District of Massachusetts.

To the extent the plaintiff Harold B. Murphy, appointed as the chapter 11 Trustee of NECCO ("Trustee") intends to contend that referral to the Bankruptcy Court is not required despite the language of Local Rule 201, he is in any event not prejudiced by a brief delay pending the Court's decision on that motion. There is no scheduling order in this case, such that there is no basis to claim prejudice from the modest extension requested here.

For the foregoing reasons, and for the reasons stated in Defendants' Expedited Motion for Extension of Time to Answer or Otherwise Respond to the Complaint, ECF No. 19, David Eaton, Michael McGee, and Douglas Weekes respectfully request that the Court extend the time to respond to the Complaint in this action until the later of (i) December 5, 2018 or (ii) ten business days after this Court decides the motion to refer this matter to the Bankruptcy Court.

2

Respectfully submitted,

DEFENDANTS,
DAVID EATON, MICHAEL MCGEE
and DOUGLAS WEEKES,

By their attorneys,


/s/ Benjamin J. Wish
Christopher Weld, Jr., Esq. (BBO # 522230)
Howard M. Cooper, Esq. (BBO # 543842)
Benjamin J. Wish, Esq. (BBO # 672743)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
Tel.: 617-720-2626
Fax: 617-227-5777
cweld@toddweld.com
hcooper@toddweld.com
bwish@toddweld.com

Dated: October 15, 2018


**CERTIFICATE OF SERVICE**

I, Benjamin J. Wish, hereby certify that on this 15th day of October, 2018, a true copy of the foregoing was filed through the ECF System, which will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be served upon anyone indicated as a non-registered participant.


/s/ Benjamin J. Wish
Benjamin J. Wish

3