

Dated: 2/24/2021

Settlement agreement approved February 23, 2021, on motion in main case (Case No. 18-11217, ECF Nos. 839, 840).

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| CHAPTER 11 TRUSTEE OF NEW ENGLAND CONFECTIONARY COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACAS, LLC, ARES CAPITAL CORPORATION, ARES CAPITAL MANAGEMENT LLC, MICHAEL MCGEE, MYUNG YI, ANUJ KHANNA, GORDON O'BRIEN, STEPHEN CHEHI, DANIEL KATZ, DOUGLAS WEEKES, AND DAVID EATON, <br><br> Defendants. | Adversary Proceeding No. 19-01011 |

## MOTION TO APPROVE SETTLEMENT AGREEMENT RESOLVING PENDING ADVERSARY PROCEEDINGS AGAINST ACAS, LLC AND RELATED ENTITIES AND FOR AUTHORITY TO ENTER INTO RELATED AGREEMENTS

Harold B. Murphy, the Chapter 7 trustee (the "**Trustee**" or "**Chapter 7 Trustee**") of New England Confectionery Company, Inc. ("**NECCO Candy**" or the "**Debtor**") hereby requests that the Court enter an order approving the Settlement Agreement (the "**Settlement Agreement**") between and among the Trustee and ACAS, LLC ("**ACAS**"), Ares Capital Corporation ("**ARCC**"), Ares Capital Management LLC, Michael McGee, Myung Yi, Anuj Khanna, Stephen Chehi, Daniel Katz, and nominal defendants NECCO Realty Investments, LLC, NECCO Realty MA I LLC, NECCO Realty MA II LLC, NECCO Realty MA III LLC (collectively, the "**Defendants**") and authorizing the Trustee to enter into certain related agreements which are in furtherance of the terms of the Settlement Agreement (the "**Related**

1