United States Bankruptcy Court

District of Massachusetts

Murphy,

     Plaintiff

ACAS, LLC,

     Defendant

Adv. Proc. No. 19-01011-msh

# CERTIFICATE OF NOTICE

| District/off: 0101-1 | User: skeating | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2021 | Form ID: pdf012 | Total Noticed: 7 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | David B. Bergman, Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Avenue, NW, Washington, DC 20001-5369 |
| aty | + | David B. Bergman, Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Avenue, NW, Washington, D.C. 20001-5369 |
| aty | + | David Lee Evans, HANIFY & KING, One Federal Street, Boston, MA 02110-2012 |
| aty | + | Michael A. Lynn, Arnold & Porter Kaye Scholer LLP, 250 West 55th Street, New York, NY 10019-7649 |
| aty | + | Michael L. Bernstein, Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Avenue, NW, Washington, DC 20001-5369 |
| pla | + | Harold Murphy, Murphy & King, Professional Corporation, One Beacon Street, Boston, MA 02108-3107 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion01.bo.ecf@usdoj.gov | Feb 25 2021 00:21:00 | John Fitzgerald, Office of the US Trustee, J.W. McCormack Post Office & Courthouse, 5 Post Office Sq., 10th Fl, Suite 1000, Boston, MA 02109-3901 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Michael L. Bernstein, Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Avenue, NW, Washington, DC 20001-5369 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0101-1             User: skeating             Page 2 of 3

Date Rcvd: Feb 24, 2021           Form ID: pdf012           Total Noticed: 7

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrea MacIver | on behalf of Plaintiff Harold Murphy AMacIver@murphyking.com  dmeyer@murphyking.com;asavoia@murphyking.com |
| Benjamin J. Wish | on behalf of Defendant David Eaton bwish@toddweld.com |
| Benjamin J. Wish | on behalf of Defendant Michael McGee bwish@toddweld.com |
| Benjamin J. Wish | on behalf of Defendant Douglas Weekes bwish@toddweld.com |
| Charles R. Bennett, Jr. | on behalf of Plaintiff Harold Murphy cbennett@murphyking.com  bankruptcy@murphyking.com;imccormack@murphyking.com;ecf-ca5a5ac33a04@ecf.pacerpro.com |
| Christopher M. Condon | on behalf of Plaintiff Harold Murphy ccondon@murphyking.com  imccormack@murphyking.com;ecf-06e49f159ba0@ecf.pacerpro.com |
| Daniel C. Cohn | on behalf of Defendant Anuj Khanna dcohn@murthalaw.com  lmulvehill@murthalaw.com |
| Daniel C. Cohn | on behalf of Defendant Stephen Chehi dcohn@murthalaw.com  lmulvehill@murthalaw.com |
| Daniel C. Cohn | on behalf of Defendant ACAS  LLC dcohn@murthalaw.com, lmulvehill@murthalaw.com |
| Daniel C. Cohn | on behalf of Defendant Ares Management LLC dcohn@murthalaw.com  lmulvehill@murthalaw.com |
| Daniel C. Cohn | on behalf of Defendant Gordon O'Brien dcohn@murthalaw.com  lmulvehill@murthalaw.com |
| Daniel C. Cohn | on behalf of Defendant Ares Management L.P. dcohn@murthalaw.com  lmulvehill@murthalaw.com |
| Daniel C. Cohn | on behalf of Defendant Daniel Katz dcohn@murthalaw.com  lmulvehill@murthalaw.com |
| Daniel C. Cohn | on behalf of Defendant Ares Capital Management LLC dcohn@murthalaw.com  lmulvehill@murthalaw.com |
| Daniel C. Cohn | on behalf of Defendant Ares Capital Corporation dcohn@murthalaw.com  lmulvehill@murthalaw.com |
| Daniel C. Cohn | on behalf of Defendant Myung Yi dcohn@murthalaw.com  lmulvehill@murthalaw.com |
| Elizabeth E. Olien | on behalf of Defendant David Eaton eolien@toddweld.com |
| Elizabeth E. Olien | on behalf of Defendant Michael McGee eolien@toddweld.com |
| Elizabeth E. Olien | on behalf of Defendant Douglas Weekes eolien@toddweld.com |
| Howard M. Cooper | on behalf of Defendant Michael McGee hcooper@toddweld.com |
| Howard M. Cooper | on behalf of Defendant Douglas Weekes hcooper@toddweld.com |
| Howard M. Cooper | on behalf of Defendant David Eaton hcooper@toddweld.com |
| Jonathan Horne | on behalf of Defendant ACAS  LLC jhorne@murthalaw.com, lmulvehill@murthalaw.com |
| Jonathan Horne | on behalf of Defendant Daniel Katz jhorne@murthalaw.com  lmulvehill@murthalaw.com |
| Jonathan Horne | on behalf of Defendant Ares Capital Management LLC jhorne@murthalaw.com  lmulvehill@murthalaw.com |
| Jonathan Horne | on behalf of Defendant Ares Management LLC jhorne@murthalaw.com  lmulvehill@murthalaw.com |

District/off: 0101-1                              User: skeating                                    Page 3 of 3
Date Rcvd: Feb 24, 2021                           Form ID: pdf012                                   Total Noticed: 7

Jonathan Horne

on behalf of Defendant Ares Capital Corporation jhorne@murthalaw.com  lmulvehill@murthalaw.com

Jonathan Horne

on behalf of Defendant Myung Yi jhorne@murthalaw.com  lmulvehill@murthalaw.com

Jonathan Horne

on behalf of Defendant Anuj Khanna jhorne@murthalaw.com  lmulvehill@murthalaw.com

Jonathan Horne

on behalf of Defendant Stephen Chehi jhorne@murthalaw.com  lmulvehill@murthalaw.com

Jonathan Horne

on behalf of Defendant Ares Management L.P. jhorne@murthalaw.com  lmulvehill@murthalaw.com

Jonathan Horne

on behalf of Defendant Gordon O'Brien jhorne@murthalaw.com  lmulvehill@murthalaw.com


TOTAL: 32



Dated: 2/24/2021

Settlement agreement approved February 23, 2021, on motion in main case (Case No. 18-11217, ECF Nos. 839, 840).

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

**CHAPTER 11 TRUSTEE OF**
**NEW ENGLAND CONFECTIONARY**
**COMPANY, INC.,**

                **Plaintiff,**

**v.**

**ACAS, LLC, ARES CAPITAL**
**CORPORATION, ARES CAPITAL**
**MANAGEMENT LLC, MICHAEL**
**MCGEE, MYUNG YI, ANUJ KHANNA,**
**GORDON O'BRIEN, STEPHEN CHEHI,**
**DANIEL KATZ, DOUGLAS WEEKES,**
**AND DAVID EATON,**

                **Defendants.**

**Adversary Proceeding**
**No. 19-01011**

### MOTION TO APPROVE SETTLEMENT AGREEMENT RESOLVING PENDING
### ADVERSARY PROCEEDINGS AGAINST ACAS, LLC AND RELATED ENTITIES
### AND FOR AUTHORITY TO ENTER INTO RELATED AGREEMENTS

Harold B. Murphy, the Chapter 7 trustee (the "**Trustee**" or "**Chapter 7 Trustee**") of

New England Confectionery Company, Inc.  ("**NECCO Candy**" or the "**Debtor**") hereby

requests that the Court enter an order approving the Settlement Agreement (the "**Settlement**

**Agreement**") between and among the Trustee and ACAS, LLC ("**ACAS**"), Ares Capital

Corporation ("**ARCC**"), Ares Capital Management LLC, Michael McGee, Myung Yi, Anuj

Khanna, Stephen Chehi, Daniel Katz, and nominal defendants NECCO Realty Investments,

LLC, NECCO Realty MA I LLC, NECCO Realty MA II LLC, NECCO Realty MA III LLC

(collectively, the "**Defendants**") and authorizing the Trustee to enter into certain related

agreements which are in furtherance of the terms of the Settlement Agreement (the "**Related**

1